United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                         Case No. 17-00943-RNO
Sylvia Evette Gillis                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: TWilson       Page 1 of 1        Date Rcvd: Apr 11, 2017
                           Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db              +Sylvia Evette Gillis,    110 Hoerner Street,    Harrisburg, PA 17103-1326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
        Kara Katherine Gendron    on behalf of Debtor Sylvia Evette Gillis karagendronecf@gmail.com,
         doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
        Leon P. Haller (Trustee)    lhaller@pkh.com,  lrynard@pkh.com;lhaller@ecf.epiqsystems.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sylvia Evette Gillis | CHAPTER 7 |
| _Debtor(s)_ | |
| Toyota Lease Trust | |
| _Movant_ | |
| vs. | NO. 17-00943 RNO |
| Sylvia Evette Gillis | |
| _Debtor(s)_ | |
| Leon P. Haller | 11 U.S.C. Section 362 |
| _Trustee_ | |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, the court reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA CAMRY, VIN: 4T1BF1FK8GU138325 in a commercially reasonable manner.

By the Court,

Dated: April 11, 2017

_Robert N. Opel, II, Chief Bankruptcy Judge_
(DG)