Certificate Number: 13858-PAM-DE-029129083

Bankruptcy Case Number: 17-00943



13858-PAM-DE-029129083

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 21, 2017</u>, at <u>11:27</u> o'clock <u>PM EDT</u>, <u>Sylvia Gillis</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 21, 2017</u>       By: <u>/s/Omar Silva</u>

                          Name: <u>Omar Silva</u>

                          Title: <u>Counselor</u>