```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 17-00943-RNO
Sylvia Evette Gillis                                              Chapter 7
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-1         User: admin              Page 1 of 1         Date Rcvd: Jun 14, 2017
                             Form ID: 318             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
db             +Sylvia Evette Gillis,    110 Hoerner Street,    Harrisburg, PA 17103-1326
4894228        +CARMAX BUSINESS SERVICES LLC,    BANKRUPTCY NOTICES,    225 CHASTAIN MEADOWS COURT,
                 KENNESAW, GA 30144-5897
4894232        +ERUSTUS W KAMAU,    1921 DERRY STREET,    HARRISBURG, PA 17104-2333
4894233        +FEDLOAN,    PO BOX 69184,   HARRISBURG, PA 17106-9184
4894235         ONEMAIN FINANCIAL ATTN: BK NOTICES,    PO BOX 6042,    SIOUX FALLS, SD 57117-6042
4894236        +PATIENT FIRST,    PO BOX 758941,   BALTIMORE, MD 21275-8941
4895677        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4894238        +SHARINA WILSON,    4287 KEATS COURT,    AUSTELL, GA 30106-1884
4894241        +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4894242        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4894227         EDI: CAPITALONE.COM Jun 14 2017 18:53:00      CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4894229        +EDI: CITICORP.COM Jun 14 2017 18:53:00      CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
4894230         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2017 18:48:16      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4894231        +EDI: TSYS2.COM Jun 14 2017 18:53:00      DSNB MACYS,    BK NOTICES,    PO BOX 8053,
                 MASON, OH 45040-8053
4894234         EDI: IRS.COM Jun 14 2017 18:53:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
4894237        +E-mail/Text: bankruptcynotices@psecu.com Jun 14 2017 18:48:27      PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
4894239        +EDI: CITICORP.COM Jun 14 2017 18:53:00      THD/CBNA,    PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
4894240        +EDI: TFSR.COM Jun 14 2017 18:53:00      TOYOTA FINANCIAL SERVICES-BK Notices,
                 19001 S WESTERN AVENUE,    PO BOX 2958,    TORRANCE, CA 90509-2958
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Sylvia Evette Gillis karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **Sylvia Evette Gillis** | Social Security number or ITIN xxx–xx–4391 |
| | First Name   Middle Name   Last Name | EIN  \_\_–_____ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN \_\_\_\_ |
| | First Name   Middle Name   Last Name | EIN  \_\_–_____ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **1:17–bk–00943–RNO**

## Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sylvia Evette Gillis

**By the court:**  _(signature)_

June 14, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**